## Case No. 10,391.

### The OAK HILL.

[Cited in Pacific Coast Wrecking Co. v. The Eastport. Case No. 10,646. Nowhere reported; opinion not now accessible.]